

**american medical management inc.**

September 30, 2004

Mrs. Colleen Mitchell
███████████
██████, IL █████

Dear Mrs. Mitchell:

Your account has a balance of $1,305.00 which dates back to 2002 which represents unpaid claims by Structual Iron Worker's Fund. You have received EOB's from your insurance company.

Our offices have closed. All money matters are being handled by our legal department. Please mail your check to:
 American Medical Management Inc.
 1954 First Street - #214 Legal Department
 Highland Park, IL 60035

We are making a one-time offer to allow you to deduct 30% if your payment is received by October 31, 2004.

Doing nothing about your account is no longer an option. On October 31, 2004 we will refer your total outstanding balance to our collection agency and fully intend to pursue all means possible up to and including judgment. If you make this necessary, all collection costs will be your responsibility as per your signed personal liability consent form.

We willingly extended treatment prior to payment with your signature of guarantee. We trust you will take responsibility and take care of this matter promptly to avoid further action.

Very truly yours,

M. Murgo
Legal Department

111 n. wabash
chicago, illinois
60602

tel: 312-368-8446
fax: 312-368-9544

2720 river road
suite 254
des plaines, illinois
60018

tel: 847-298-8446
fax: 847-298-8530

246 e. janata blvd.
suite 110
lombard, illinois
60148

tel: 630-627-8446
fax: 630-627-2944



EXHIBIT A