**NATIONWIDE CAPITAL RECOVERY**
74-923 HWY 111
INDIAN WELLS, CA
92210
Phone: 1-800-460-0082
Fax: 1-760-343-5155

MITCHELL, COLLEEN

▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬, IL ▬▬

March 10, 2005

RE: AMERICAN MED. MGMT./MCJM, INC
CASE#: 5106456
BALANCE: $3,256.39

We have been instructed to collect the above debt. Before we proceed, we want to give you reasonable notice. Recovery action will be commenced in thirty-one (31) days if you have not paid us in full by that time.

*Send us the full amount now or telephone us today at 800-460-0082 to arrange settlement.* If you <u>act</u> now it may not be necessary for litigation to ensue.

**This is a demand for immediate payment.**

NATIONWIDE CAPITAL RECOVERY
Randy Hoffenauer
COLLECTIONS MANAGER

Unless this account or any portion thereof is disputed within 30 days from receipt of this notice, we will assume this debt to be valid. If you dispute this debt or any portion thereof within this 30 day time period we will furnish at your written request, a verification of this debt, or the name and address of the original creditor. This is an attempt to collect a debt. Any information obtained will be used for that purpose.



EXHIBIT B