

# Group Administrators, Ltd.

450 East Remington Road • Schaumburg, IL 60173-4540
Phone (847) 519-1880 • Fax (847) 519-1979
www.groupadministrators.com

Specialists In:

Health Insurance
Claim Processing
Cafeteria Plans
COBRA Administration

July 19, 2006

Nationwide Recovery
Attn: Randy Hoffenauer
74-923 HWY 111
Indian Wells, CA 92210

Re: American Medical Management/MCJM, Inc.
Case # 5106456
Colleen Mitchell
Dates of Service: 10/01/02 through 12/03/02
Structural Iron Workers Local #1 Welfare Fund

Dear Mr. Hoffenauer:

The Structural Iron Workers Local #1 Welfare Fund received total billings for the above service dates from American Medical Management/ MCJM, Inc. in the amount of $1,105.00. No claims in excess of this amount have ever been filed with the Fund with respect to treatment of Colleen Mitchell. Enclosed are two separate checks with Explanations of Benefits (EOBs) attached making payment in full of the $1,105.00 in claims actually filed with the Plan.

Your correspondence of March 10, 2005, to Colleen Mitchell indicates a balance of $3,256.39. <u>American Medical Management never submitted claims totaling this amount to the Fund. Any claims alleged submitted in excess of the actual $1,105.00 must be documented with proof acceptable to the Fund trustees of submission in a timely manner.</u> Under the terms of the Fund's Plan, claims must be submitted within 12 months of the date incurred.

**EXHIBIT C**



Page 2
July 19, 2006
Nationwide Recovery
Ms. Colleen Mitchell

The enclosed checks totaling $1105.00 are in full satisfaction of claims actually submitted to the Plan.

On Behalf of Structural iron Workers Local #1 Welfare Fund,

Very truly yours,

Barbara L. Wieda
Vice President

Cc:   Ms. Colleen Mitchell
      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
      ▓▓▓ IL ▓▓▓

      Mr. Steve Bukovac
      Structural Iron Workers Local Union #1
      7700 Industrial Drive
      Forest Park, IL  60130

STRUCTURAL IRON WORKERS LOCAL #1
WELFARE FUND-CLAIMS ACCOUNT
7700 INDUSTRIAL DRIVE
FOREST PARK, IL 60130

| | POLICY |
|---|---|
| | SIW |

Payable Through
LASALLE BANK
CHICAGO, IL

CHECK NO
0000047481

CHECK DATE
07/18/06

Void after 6 months

PAY  ONE HUNDRED FORTY & NO/100 DOLLARS

PAY THIS AMOUNT
$****140.00

TO THE ORDER OF
AMERICAN MEDICAL MANAGEMENT IN
1954 FIRST ST
HIGHLAND PARK, IL  60035

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

---

AMERICAN MEDICAL MANAGEMENT IN
1954 FIRST ST
HIGHLAND PARK, IL  60035

GROUP ADMINISTRATORS, LTD.
450 E. Remington Road
SCHAUMBURG, IL 60173-4540
(847) 519-1880

PROVIDER PAYMENT REPORT

PAGE       :        1
CHECK NO   :    47481
DATE PAID  : 07-18-06
GROUP      :      SIW
DIVISION   :      101

| PATIENT ACCOUNT NO | CLAIM | DATES OF SERVICE | PROC CODE | TYPE OF SERVICE | TOTAL CHARGE | PROVIDER DISCOUNT | INELIGIBLE AMOUNT CD | DEDUCT | COINS COPAY | OTHER CARRIER | BENEFIT PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MITCHEL03 | ███████ | 10/15-10/15/02 | ███ | ████████ | 90.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 90.00 |
| | ███████ | 10/15-10/15/02 | ███ | ████████ | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| MITCHELL, JAMES | ███████ | Spouse | | COLLEEN J. | 140.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 |
| | | | | TOTALS | 140.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 |

FACTS 0403

SEE REVERSE SIDE

STRUCTURAL IRON WORKERS LOCAL #1
WELFARE FUND CLAIMS ACCOUNT
7700 INDUSTRIAL DRIVE
FOREST PARK, IL 60130

SSN/TIN  POLICY
         SIW

Payable Through:
LASALLE BANK
CHICAGO, IL

CHECK NO
0000047480
CHECK DATE
07/18/06
Void after 6 months

PAY NINE HUNDRED SIXTY FIVE & NO/100 DOLLARS

PAY THIS AMOUNT
$****965.00

TO THE
ORDER OF

NATIONWIDE RECOVERY ON BEHALF OF
AMERICAN MEDICAL MANAGEMENT
74-923 HWY 111
INDIAN WELLS, CA  92210

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

---

NATIONWIDE RECOVERY ON BEHALF OF
AMERICAN MEDICAL MANAGEMENT
74-923 HWY 111
INDIAN WELLS, CA  92210

**GROUP ADMINISTRATORS, LTD.**
450 E. Remington Road
SCHAUMBURG, IL 60173-4540
(847) 519-1880

**PROVIDER PAYMENT REPORT**

PAGE      :         1
CHECK NO  :     47480
DATE PAID :  07-18-06
GROUP     :       SIW
DIVISION  :       101

| PATIENT ACCOUNT NO | CLAIM | DATES OF SERVICE | PROC CODE | TYPE OF SERVICE | TOTAL CHARGE | PROVIDER DISCOUNT | INELIGIBLE AMOUNT  CD | DEDUCT | COINS COPAY | OTHER CARRIER | BENEFIT PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MITCHEL03 |  | 10/01-10/01/02 |  |  | 225.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 225.00 |
| MITCHELL, JAMES | 880149685 |  | Spouse | COLLEEN J. | 225.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 225.00 |
| MITCHEL03 |  | 10/08-10/08/02 |  |  | 90.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 90.00 |
|  |  | 10/08-10/08/02 |  |  | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| MITCHELL, JAMES | 880149685 |  | Spouse | COLLEEN J. | 140.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 |
| MITCHEL03 |  | 11/05-11/05/02 |  |  | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 |
|  |  | 11/05-11/05/02 |  |  | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| MITCHELL, JAMES | 880149685 |  | Spouse | COLLEEN J. | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 |
| MITCHEL03 |  | 11/19-11/19/02 |  |  | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 |
|  |  | 11/19-11/19/02 |  |  | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| MITCHELL, JAMES | 880149685 |  | Spouse | COLLEEN J. | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 |
| MICHEL03 |  | 12/03-12/03/02 |  |  | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 |
|  |  | 12/03-12/03/02 |  |  | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| MITCHELL, JAMES |  |  | Spouse | COLLEEN J. | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 |
|  |  |  |  | TOTALS | 965.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 965.00 |

SEE REVERSE SIDE

FACTS 0403