September 6, 2006

Colleen Mitchell

IL
Case # 5106556

Marauder Corporation
74-923 Hwy 111
Indian Wells, CA 92210

Collection Professional Services
74-923 Hwy 111
Indian Wells, CA 92210

Nationwide Recovery
Attn: Randy Hoffenauer
74-923 Hwy 111
Indian Wells, CA 92210

I am writing in response to your constant phone calls!

According to the Fair Debt Collection Practices Act; [15 USC 1692c] Section 805(c): CEASING COMMUNICATION: You must cease all communication with me after being notified in writing that I no longer wish to communicate with you. **Therefore, I demand that you stop calling me at home, at work, on my cell phone or at any other location!**

In accordance with the federal FDCPA, now that you have received this "stop calling" letter, you may only contact me to inform me that you:

- are terminating further collection efforts;
- invoking specified remedies which are ordinarily invoked by you or your company; or
- intend to invoke a specified remedy.

Be advised that I am well aware of my rights! For instance, I know that any future contact by you or your company violates the FDCPA and that since you already have my location information, calls made by you or your company to any 3rd party concerning me violates section 805(b)2 of the FDCPA.

Be advised that I am keeping accurate records of all correspondence from you and your company, including tape recording all phone calls. If you continue calling me I will pursue all available legal actions to stop you from harassing me and my family.

Signature

*Colleen Mitchell*

Colleen Mitchell

**EXHIBIT D**