>> Help

# Request investigation/change: Resolution summary

Report date:   05/31/2007
< Return to the Request Status page

File number:
172272988
> Close

**Resolution summary**

We have completed verification of the investigation or changes that you requested regarding your TransUnion Personal Credit Report. Please review these results carefully. If your credit report was changed, an updated copy of your TransUnion Personal Credit Report is available by clicking the Details button.

If you are not satisfied with the resolution or the updated report, please print and complete a Request for Investigation form and return it by mail along with any supporting documentation. You may also add a consumer statement of 100 words or less to your credit report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.

**Investigation Requests**

Name: COLLEEN MITCHELL
Address: ███████████████ IL ████

| Account Information | Creditor | Account | Results |
|---|---|---|---|
| | MARAUDER CORPORATION | 5106456 | NEW INFORMATION |

**Return...**

**Return**   Have you reviewed all of the details on this page and printed a copy?

   [Return]   Return to the Request Status page

Copyright © 2004 Trans Union LLC | TransUnion | Terms of use | Privacy policy

**EXHIBIT E**

1   0   0

**FORD MOTOR CREDIT  #**

jun may apr mar feb 03 dec nov oct sep aug jul jun may apr mar feb 02 dec nov oct sep aug jul

apr mar feb 06 dec nov oct sep aug jul jun may apr mar feb 05 dec nov oct sep aug jul jun may
apr mar feb 04 dec nov oct sep aug jul jun may apr mar feb 03 dec

**HSBC CARSON'S  #**

apr mar feb 07 dec nov oct sep aug jul jun may apr mar feb

**IL COLL SERVICE INC  #**

**KOHLS/CHASE  #**

jun may apr mar feb 05 dec nov oct sep aug jul jun may apr mar feb 04 dec nov oct sep aug jul
jun may apr mar feb 03 dec

**MARAUDER CORPORATION  #  5106456**

| | | | |
|---|---|---|---|
| | Balance: $ 3,484 | Pay Status: | >Collection Account< |
| 74923 HIGHWAY 111 | Date Verified: 05/2007 | Account Type: | Open Account |
| INDIAN WELLS, CA 92210 | Original Balance: $ 1,305 | Responsibility: | Individual Account |
| (760) 423-1111 | Original Creditor: MED1 12 MCJM INC AMERICAN MEDICAL MA | | |
| | Past Due: >$ 3,484< | | |

**Loan Type:** Open Account - Collection Agency Attorney
**Remark:** >Placed for collection<
**Date placed for collection:** 02/2005
**Estimated date that this item will be removed:** 12/2011

**NICOR GAS  #**

