# experian

**Report Number:**
**0025245377**
Online Credit Report from Experian for:
**COLLEEN MITCHELL**

Report date: **June 06, 2007**

Summary of Investigation Results
Details of Investigation Results
Important Message from Experian
Know your rights
View a complete copy of your corrected report

**Go Back >>**

The following shows the revision(s) made to your file as a result of our investigation. If you still question an item, then you may want to contact the source of the information personally.

## Summary Of Investigation Results

**Back to top**

**How to read your results**
• **Deleted** - This item was removed from your credit report
• **Remains** - This item has been verified as accurate
• **Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you.
• **Reviewed** - This item was either updated or deleted; review this report to learn its outcome

**Credit Items**
MARAUDER CORPORATION
**Account Number: 510....**

**Outcome: Remains**

## Important Message From Experian

**Back to top**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

## Contacting Us

**Back to top**

Experian
1 800 493 1058
Monday - Friday, 9 am to 5 pm in your time zone
PO Box 9556
Allen, TX 75013

## Know your rights

**Back to top**

# FCRA Rights

**Para informacion en espanol, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

**A Summary of Your Rights under the Fair Credit Reporting Act**

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty a as agencies that sell information about check writing histories, medical records, and rental history records). Here is your major rights under the FCRA. **For more information, including information about additional rights, go to**



EXHIBIT
**F**



**KOHLS/CHASE**
Address: ████████████████     Account Number: ████████...
*No phone number available*
Status: ████████████████████████████

Date Opened:         Type:                    Credit Limit/Original Amount:
████████             ████████                 High Balance:
Reported Since:      Terms:                   ████████
████████             ████████                 Recent Balance:
Date of Status:      Monthly Payment:         Recent Payment:
                     ████
Last Reported:       Responsibility:
████████             ████████

Creditor's statement: ████████████████████████
████

Account History:
████████████████████
████████████████████████████
████████████


**MARAUDER CORPORATION**
Address:                         Account Number:       Original Creditor:
74923 HIGHWAY 111                5106456               MCJM INC / AMERICAN MEDICAL MA
INDIAN WELLS, CA 92210
*No phone number available*                            Status Details: This account is scheduled to continue on record
Status: Collection account.                            until Oct 2011.
                                                       This item was verified on Jun 2007 and remained unchanged.

Date Opened:         Type:                    Credit Limit/Original Amount:
02/2005              Collection               $1,305

**Reported Since:**
12/2006
**Date Of Status:**
12/2006
**Last Reported:**
05/2007

**Terms:**
1 Months
**Monthly Payment:**
$0
**Responsibility:**
Individual

**High Balance:**
NA
**Recent Balance:**
$3,481 as of 05/2007
**Recent Payment:**
$0

**Account History:**
Collection as of May 2007, Dec 2006

## Accounts in Good Standing                                              back to top

**ABN AMRO MORTGAGE GROUP**
**Address:**                    **Account Number:**

**Status:**                                      **Status Details:**

**Date Opened:**          **Type:**                **Credit Limit/Original Amount:**

**Reported Since:**       **Terms:**               **High Balance:**

**Date of Status:**       **Monthly Payment:**     **Recent Balance:**

**Last Reported:**        **Responsibility:**      **Recent Payment:**

**AMEX**
**Address:**                    **Account Number:**

**Status:**                                      **Status Details:**

**Date Opened:**          **Type:**                **Credit Limit/Original Amount:**

**Reported Since:**       **Terms:**               **High Balance:**

**Date of Status:**       **Monthly Payment:**     **Recent Balance:**

**Last Reported:**        **Responsibility:**      **Recent Payment:**

**Your statement:**

**AMEX**
**Address:**                    **Account Number:**

**Status:**                                      **Status Details:**