Colleen Mitchell

Illinois

June 25, 2007

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

**RE:   Colleen Mitchell, TransUnion File No. 172272988**

To Whom It May Concern:

I recently pulled a copy of my credit report dated May 31, 2007, through TransUnion, and noticed that a collection account allegedly owed to Marauder Corporation (Acct. No. 5106456), pertaining to a debt allegedly owed originally to "Med1 12 MCJM Inc. American Medical MA" in the amount of $1,305, is incorrectly listed on my credit report, showing a current balance due of $3,484. A copy of the relevant portion of my credit report is enclosed.

Several years ago I incurred a debt for medical services to American Medical Management/MCJM, Inc., for approximately $1,305. A claim for coverage of this debt was submitted to my insurance carrier at the time, the Structural Iron Workers Local #1 Welfare Fund, however my insurance company did not initially pay the amount of the claim. See, enclosed letter from American Medical Management, Inc. dated September 30, 2004.

Thereafter, this account was referred to Marauder Corporation, also known as "Nationwide Capital Recovery" and as "Collection Professional Services," and although the original amount of the debt was $1,305, Marauder Corporation/Nationwide Capital Recovery inexplicably began demanding payment for a total of $3,256.39 – which included nondescript collection charges totaling $1,951.39 – collection charges that it had no right to seek and which were more than the underlying debt. See, enclosed March 10, 2005 collection letter from Marauder Corporation/Nationwide Capital Recovery.

After several disputes, the original debt was paid by my insurance carrier in July 2006. See, enclosed July 19, 2006 letter and proof of payment from insurance administrators to Marauder Corporation/Nationwide Capital Recovery. Thus, this account should never have been reported on my credit report, as it was paid in full by my insurance carrier.


EXHIBIT G

TransUnion Consumer Relations
June 25, 2007
Page Two


With your help, I expect that this account will be investigated and ultimately deleted from my credit report. I have copied this letter to Marauder Corporation as well. Please contact me as soon as possible regarding this matter.

Very truly yours,

*Colleen Mitchell*

Colleen Mitchell
Enclosures


CC:  **VIA CERTIFIED MAIL**
     **RETURN RECEIPT REQUESTED**
     Ryon Gambill
     Marauder Corporation
     74-923 Hwy 111
     Suite 218
     Indian Wells, California 92210

# Request investigation/change: Updated credit file

File number:
172272988

Report date: 05/31/2007
Credit file: 1 (COLLEEN MITCHELL ., ▇▇▇▇▇▇)

> Close

## Credit file details

### Personal Information

Name: **COLLEEN MITCHELL**
Other Names: ▇▇▇▇▇▇▇▇▇▇

SSN: ▇▇▇▇▇▇
Date of Birth: ▇▇▇▇▇▇
Telephone: ▇▇▇▇▇▇

You have been on our files since 08/1985

Your SSN is partially masked for your protection

### Address History

**Current Address**

Address: ▇▇▇▇▇▇
▇▇▇ IL ▇▇

Date Reported: ▇▇▇

**Previous Addresses**

Address: ▇▇▇▇▇▇
Reported: ▇▇▇
Address: ▇▇▇▇▇▇

### Employment Data Reported

Employer Name: ▇▇▇▇▇▇
Date Reported: ▇▇▇

Position:
Date Hired:

Employer Name: ▇▇▇▇▇▇▇▇
Date Reported: ▇▇▇

Position:
Date Hired:

Employer Name: ▇▇▇▇▇▇
Location: ▇▇▇▇
Date Reported: ▇▇▇

Position: ▇▇▇▇▇▇
Date Hired:

### Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | [X] | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

### Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in >brackets< or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

## ACCESS CREDIT UNION # ▇▇▇▇▇▇



Balance:
Date Verified: 
High Balance:
Past Due:
Terms:

Pay Status:

Account Type:
Responsibility:
Date Opened:
Date Closed:
Date Paid:

1   0   .   0      jun may apr mar feb  03  dec nov oct sep aug jul  jun may apr mar feb  02  dec nov oct sep aug jul

### FORD MOTOR CREDIT  #  ▓▓▓

Balance: ▓▓▓
Date Updated: ▓▓▓
High Balance: ▓▓▓
Past Due: ▓▓▓
Terms: ▓▓▓

Pay Status: ▓▓▓
Account Type: ▓▓▓
Responsibility: ▓▓▓
Date Opened: ▓▓▓

Loan Type: ▓▓▓

apr mar feb  06  dec nov oct sep aug jul jun may apr mar feb  05  dec nov oct sep aug jul jun may
apr mar feb  04  dec nov oct sep aug jul jun may apr mar feb  03  dec

### HSBC CARSON'S  #  ▓▓▓

Balance: ▓▓▓
Date Updated: ▓▓▓
High Balance: ▓▓▓
Credit Limit: ▓▓▓
Past Due: ▓▓▓
Terms: ▓▓▓

Pay Status: ▓▓▓
Account Type: ▓▓▓
Responsibility: ▓▓▓
Date Opened: ▓▓▓

Loan Type: ▓▓▓

apr mar feb  07  dec nov oct sep aug jul jun may apr mar feb

### IL COLL SERVICE INC  #  ▓▓▓

Balance: ▓▓▓
Date Updated: ▓▓▓
Original Balance: ▓▓▓
Original Creditor: ▓▓▓
Past Due: ▓▓▓

Pay Status: ▓▓▓
Account Type: ▓▓▓
Responsibility: ▓▓▓
Date Closed: ▓▓▓
Date Paid: ▓▓▓

Loan Type: ▓▓▓
Remark: ▓▓▓

### KOHLS/CHASE  #  ▓▓▓

Balance: ▓▓▓
Date Updated: ▓▓▓
High Balance: ▓▓▓
Credit Limit: ▓▓▓
Past Due: ▓▓▓

Pay Status: ▓▓▓
Account Type: ▓▓▓
Responsibility: ▓▓▓
Date Opened: ▓▓▓
Date Closed: ▓▓▓
Date Paid: ▓▓▓

Loan Type: ▓▓▓
Remark: ▓▓▓

jun may apr mar feb  05  dec nov oct sep aug jul jun may apr mar feb  04  dec nov oct sep aug jul
jun may apr mar feb  03  dec

### MARAUDER CORPORATION  #  5106456

74923 HIGHWAY 111
INDIAN WELLS, CA 92210
(760) 423-1111

Balance: $ 3,484
Date Verified: 05/2007
Original Balance: $ 1,305
Original Creditor: MED1 12 MCJM INC AMERICAN MEDICAL MA
Past Due: >$ 3,484<

Pay Status: >Collection Account<
Account Type: Open Account
Responsibility: Individual Account

Loan Type: Open Account - Collection Agency Attorney
Remark: >Placed for collection<
Date placed for collection: 02/2005
Estimated date that this item will be removed: 12/2011

### NICOR GAS  #  ▓▓▓

Balance:

Pay Status: ▓▓▓



**american medical management inc.**

September 30, 2004

Mrs. Colleen Mitchell

██████ IL █████

Dear Mrs. Mitchell:

Your account has a balance of $1,305.00 which dates back to 2002 which represents unpaid claims by Structual Iron Workers Fund. You have received EOB's from your insurance company.

Our offices have closed. All money matters are being handled by our legal department. Please mail your check to:
    American Medical Management Inc.
    1954 First Street – #214 Legal Department
    Highland Park, IL 60035

We are making a one-time offer to allow you to deduct 30% if your payment is received by October 31, 2004.

Doing nothing about your account is no longer an option. On October 31, 2004 we will refer your total outstanding balance to our collection agency and fully intend to pursue all means possible up to and including judgment. If you make this necessary, all collection costs will be your responsibility as per your signed personal liability consent form.

We willingly extended treatment prior to payment with your signature of guarantee. We trust you will take responsibility and take care of this matter promptly to avoid further action.

Very truly yours,

M. Murgo
Legal Department

111 n. wabash
chicago, illinois
60602

tel: 312-368-8446
fax: 312-368-9544

2720 river road
suite 254
des plaines, illinois
60018

tel: 847-298-8446
fax: 847-298-8530

246 e. jariata blvd.
suite 110
lombard, illinois
60148

tel: 630-627-8446
fax: 630-627-2944

NATIONWIDE CAPITAL RECOVERY
74-923 HWY 111
INDIAN WELLS, CA
92210
Phone:1-800-460-0082
Fax:1-760-343-5155

MITCHELL,COLLEEN



, IL

March 10, 2005

RE:      AMERICAN MED. MGMT./MCJM, INC
CASE#:   5106456
BALANCE: $3,256.39

We have been instructed to collect the above debt. Before we proceed, we want to give you reasonable notice. Recovery action will be commenced in thirty-one(31) days if you have not paid us in full by that time.

*Send us the full amount now or telephone us today at 800-460-0082 to arrange settlement.* If you <u>act</u> now it may not be necessary for litigation to ensue.

**This is a demand for immediate payment.**

NATIONWIDE CAPITAL RECOVERY
Randy Hoffenauer
COLLECTIONS MANAGER

Unless this account or any portion thereof is disputed within 30 days from receipt of this notice, we will assume this debt to be valid. If you dispute this debt or any portion thereof within this 30 day time period we will furnish at your written request, a verification of this debt, or the name and address of the original creditor. This is an attempt to collect a debt. Any information obtained will be used for that purpose.



# Group Administrators, Ltd.

450 East Remington Road • Schaumburg, IL 60173-4540
Phone (847) 519-1880 • Fax (847) 519-1979
www.groupadministrators.com

Specialists In:

Health Insurance
Claim Processing
Cafeteria Plans
COBRA Administration

July 19, 2006

Nationwide Recovery
Attn: Randy Hoffenauer
74-923 HWY 111
Indian Wells, CA 92210

Re: American Medical Management/MCJM, Inc.
Case # 5106456
Colleen Mitchell
Dates of Service: 10/01/02 through 12/03/02
Structural Iron Workers Local #1 Welfare Fund

Dear Mr. Hoffenauer:

The Structural Iron Workers Local #1 Welfare Fund received total billings for the above service dates from American Medical Management/ MCJM, Inc. in the amount of $1,105.00. No claims in excess of this amount have ever been filed with the Fund with respect to treatment of Colleen Mitchell. Enclosed are two separate checks with Explanations of Benefits (EOBs) attached making payment in full of the $1,105.00 in claims actually filed with the Plan.

Your correspondence of March 10, 2005, to Colleen Mitchell indicates a balance of $3,256.39. <u>American Medical Management never submitted claims totaling this amount to the Fund. Any claims alleged submitted in excess of the actual $1,105.00 must be documented with proof acceptable to the Fund trustees of submission in a timely manner.</u> Under the terms of the Fund's Plan, claims must be submitted within 12 months of the date incurred.



Page 2
July 19, 2006
Nationwide Recovery
Ms. Colleen Mitchell

The enclosed checks totaling $1105.00 are in full satisfaction of claims actually submitted to the Plan.

On Behalf of Structural Iron Workers Local #1 Welfare Fund,

Very truly yours,



Barbara L. Wieda
Vice President

Cc:    Ms. Colleen Mitchell
       ███████████
       ███████ IL ██████

       Mr. Steve Bukovac
       Structural Iron Workers Local Union #1
       7700 Industrial Drive
       Forest Park, IL  60130

STRUCTURAL IRON WORKERS LOCAL #1
WELFARE FUND CLAIMS ACCOUNT
7700 INDUSTRIAL DRIVE
FOREST PARK, IL 60130

Payable Through:
LASALLE BANK
CHICAGO, IL

CHECK NO: 0000047480
CHECK DATE: 07/18/06
Void after 6 months

PAY NINE HUNDRED SIXTY FIVE & NO/100 DOLLARS

PAY THIS AMOUNT: $****965.00

TO THE ORDER OF
NATIONWIDE RECOVERY ON BEHALF OF
AMERICAN MEDICAL MANAGEMENT
74-923 HWY 111
INDIAN WELLS, CA  92210

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

---

**GROUP ADMINISTRATORS, LTD.**
450 E. Remington Road
SCHAUMBURG, IL 60173-4540
(847) 519-1880

**PROVIDER PAYMENT REPORT**

PAGE : 1
CHECK NO : 47480
DATE PAID : 07-18-06
GROUP :
DIVISION :

NATIONWIDE RECOVERY ON BEHALF OF
AMERICAN MEDICAL MANAGEMENT
74-923 HWY 111
INDIAN WELLS, CA  92210

| PATIENT ACCOUNT NO | CLAIM | DATES OF SERVICE | PROC CODE | TYPE OF SERVICE | TOTAL CHARGE | PROVIDER DISCOUNT | INELIGIBLE AMOUNT CD | DEDUCT | COINS COPAY | OTHER CARRIER | BENEFIT PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MITCHEL03 | | 10/01-10/01/02 | | | 225.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 225.00 |
| MITCHELL, JAMES | | Spouse | | COLLEEN J. | 225.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 225.00 |
| MITCHEL03 | | 10/08-10/08/02 | | | 90.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 90.00 |
| | | 10/08-10/08/02 | | | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| MITCHELL, JAMES | | Spouse | | COLLEEN J. | 140.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 |
| MITCHEL03 | | 11/05-11/05/02 | | | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| | | 11/05-11/05/02 | | | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| MITCHELL, JAMES | | Spouse | | COLLEEN J. | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 |
| MITCHEL03 | | 11/19-11/19/02 | | | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| | | 11/19-11/19/02 | | | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| MITCHELL, JAMES | | Spouse | | COLLEEN J. | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 |
| MICHEL03 | | 12/03-12/03/02 | | | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| | | 12/03-12/03/02 | | | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| MITCHELL, JAMES | | Spouse | | | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 |
| | | | | TOTALS | 965.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 965.00 |

SEE REVERSE SIDE

FACTS 0403

STRUCTURAL IRON WORKERS LOCAL #1
WELFARE FUND CLAIMS ACCOUNT
7700 INDUSTRIAL DRIVE
FOREST PARK, IL 60130

Payable Through:
LASALLE BANK
CHICAGO, IL

CHECK NO. 0000047481
CHECK DATE 07/18/06
Void after 6 months

PAY ONE HUNDRED FORTY & NO/100 DOLLARS

PAY THIS AMOUNT $****140.00

TO THE ORDER OF
AMERICAN MEDICAL MANAGEMENT IN
1954 FIRST ST
HIGHLAND PARK, IL 60035

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

---

AMERICAN MEDICAL MANAGEMENT IN
1954 FIRST ST
HIGHLAND PARK, IL 60035

GROUP ADMINISTRATORS, LTD.
450 E. Remington Road
SCHAUMBURG, IL 60173-4540
(847) 519-1880

PROVIDER PAYMENT REPORT

PAGE : 1
CHECK NO : 47481
DATE PAID : 07-18-06
GROUP :
DIVISION :

| PATIENT ACCOUNT NO | CLAIM | DATES OF SERVICE | PROC CODE | TYPE OF SERVICE | TOTAL CHARGE | PROVIDER DISCOUNT | INELIGIBLE AMOUNT CD | DEDUCT | COINS COPAY | OTHER CARRIER | BENEFIT PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MITCHEL03 | | 10/15-10/15/02 | | | 90.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 90.00 |
| | | 10/15-10/15/02 | | | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| MITCHELL, JAMES | | Spouse | | COLLEEN J. | 140.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 |
| | | | | TOTALS | 140.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 |

FACTS 0403

SEE REVERSE SIDE

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .58 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.38 |

Postmark Here

Sent To: TransUnion Consumer Relations
Street, Apt. No.; or PO Box No.: P.O. Box 2000
City, State, ZIP+4: Chester PA 19022-200

PS Form 3800, August 2006  See Reverse

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   TransUnion Consumer Relations
   P.O. Box 2000
   Chester, PA 19022-2000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Transunion LLC                   JUL 06 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 0220 0004 7398 7581

102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .58 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.38 |

Postmark Here

Sent To: Ryon Gambill, Marauder Corp.
Street, Apt. No.; or PO Box No.: 74-923 Hwy 11, Ste. 218
City, State, ZIP+4: Indian Wells, CA 92210

PS Form 3800, August 2006  See Reverse for Instructions

---

**COMPLETE THIS SECTION**
- Items 1, 2, and 3. Also complete Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ryon Gambill
   Marauder Corporation
   74-923 Hwy 11
   Suite 218
   Indian Wells, California 92210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☒ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 7-7-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 0220 0004 7398 7574

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540