Colleen Mitchell
████████████
████████, Illinois ██████

June 25, 2007

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Experian/NCAC
P.O. Box 9556
Allen, TX 75013

RE:   Colleen Mitchell, Experian Credit Report No. 0025245377

I recently pulled a copy of my credit report dated June 6, 2007, through Experian, and noticed that a collection account allegedly owed to Marauder Corporation (Acct. No. 5106456), pertaining to a debt allegedly owed originally to "Med1 12 MCJM Inc. American Medical MA" in the amount of $1,305, is incorrectly listed on my credit report, showing a current balance due of $3,481. A copy of the relevant portion of my credit report is enclosed.

Several years ago I incurred a debt for medical services to American Medical Management/MCJM, Inc., for approximately $1,305. A claim for coverage of this debt was submitted to my insurance carrier at the time, the Structural Iron Workers Local #1 Welfare Fund, however my insurance company did not initially pay the amount of the claim. See, enclosed letter from American Medical Management, Inc. dated September 30, 2004.

Thereafter, this account was referred to Marauder Corporation, also known as "Nationwide Capital Recovery" and as "Collection Professional Services," and although the original amount of the debt was $1,305, Marauder Corporation/Nationwide Capital Recovery inexplicably began demanding payment for a total of $3,256.39 – which included nondescript collection charges totaling $1,951.39 – collection charges that it had no right to seek and which were more than the underlying debt. See, enclosed March 10, 2005 collection letter from Marauder Corporation/Nationwide Capital Recovery.

After several disputes, the original debt was paid by my insurance carrier in July 2006. See, enclosed July 19, 2006 letter and proof of payment from insurance administrators to Marauder Corporation/Nationwide Capital Recovery. Thus, this account should never have been reported on my credit report, as it was paid in full by my insurance carrier.


EXHIBIT H

Experian/NCAC
June 25, 2007
Page Two


With your help, I expect that this account will be investigated and ultimately deleted from my credit report. I have copied this letter to Marauder Corporation as well. Please contact me as soon as possible regarding this matter.

Very truly yours,

*Colleen Mitchell*

Colleen Mitchell
Enclosures


**CC:** **VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Ryon Gambill
Marauder Corporation
74-923 Hwy 111
Suite 218
Indian Wells, California 92210

# experian

 Close window

## Online Personal Credit Report from Experian for

Experian credit report prepared for
**COLLEEN MITCHELL**
Your report number is
**0025245377**
Report date:
**06/06/2007**

Index:
- Potentially negative items
- Accounts in good standing
- Requests for your credit history
- Personal information
- Important message from Experian
- Contact us
- Know your rights

Print report

Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. Experian makes your credit history available to your current and prospective creditors, employers and others as allowed by law, which can expedite your ability to obtain credit and can make offers of credit available to you. We do not grant or deny credit; each credit grantor makes that decision based on its own guidelines.

To return to your report in the near future, log on to www.experian.com/consumer and select "View your report again" or "Dispute" and then enter your report number.

If you disagree with information in this report, return to the Report Summary page and follow the instructions for disputing.

## Potentially Negative Items

back to top

## Credit Items

For your protection, the last few digits of your account numbers do not display.

**ACCESS CREDIT UNION**
*This item is currently being investigated.*
**Address:**                    **Account Number:**

No phone number available
**Status:**                                          **Status Details:**

**Date Opened:**         **Type:**                 **Credit Limit/Original Amount:**

**Reported Since:**      **Terms:**                **High Balance:**

**Date of Status:**      **Monthly Payment:**      **Recent Balance:**

**Last Reported:**       **Responsibility:**       **Recent Payment:**

**Account History:**

**CAP ONE BK**
**Address:**                    **Account Number:**

**Status:**

Date of Status:   Monthly Payment:   Recent Balance:
Last Reported:   Responsibility:   Recent Payment:

Account History:

Balance History:

**KOHLS/CHASE**
Address:   Account Number:

No phone number available
Status:

Date Opened:   Type:   Credit Limit/Original Amount:
Reported Since:   Terms:   High Balance:
Date of Status:   Monthly Payment:   Recent Balance:
Last Reported:   Responsibility:   Recent Payment:

Creditor's statement:

Account History:

**MARAUDER CORPORATION**
Address:   Account Number:   Original Creditor:
74923 HIGHWAY 111   5106456   MCJM INC / AMERICAN MEDICAL MA
INDIAN WELLS, CA 92210
No phone number available
Status: Collection account.   Status Details: This account is scheduled to continue on record until Oct 2011.
This item was verified on Jun 2007 and remained unchanged.

Date Opened:   Type:   Credit Limit/Original Amount:
02/2005   Collection   $1,305

Reported Since:         1 Months                        High Balance:
12/2006                                                 NA
Date of Status:         Monthly Payment:                Recent Balance:
12/2006                 $0                              $3,481 as of 05/2007
Last Reported:          Responsibility:                 Recent Payment:
05/2007                 Individual                      $0

Account History:
Collection as of May 2007, Dec 2006

## Accounts in Good Standing                                            back to top

**ABN AMRO MORTGAGE GROUP**
Address:                Account Number:

Status:                                                 Status Details:


Date Opened:            Type:                           Credit Limit/Original Amount:

Reported Since:         Terms:                          High Balance:

Date of Status:         Monthly Payment:                Recent Balance:

Last Reported:          Responsibility:                 Recent Payment:


**AMEX**
Address:                Account Number:

Status:                                                 Status Details:


Date Opened:            Type:                           Credit Limit/Original Amount:

Reported Since:         Terms:                          High Balance:

Date of Status:         Monthly Payment:                Recent Balance:

Last Reported:          Responsibility:                 Recent Payment:


Your statement:


**AMEX**
Address:                Account Number:

Status:                                                 Status Details:



**american medical management inc.**

September 30, 2004

Mrs. Colleen Mitchell

█████ IL █████

Dear Mrs. Mitchell:

Your account has a balance of $1,305.00 which dates back to 2002 which represents unpaid claims by Structual Iron Worker's Fund. You have received EOB's from your insurance company.

Our offices have closed. All money matters are being handled by our legal department. Please mail your check to:
    American Medical Management Inc.
    1954 First Street - #214 Legal Department
    Highland Park, IL 60035

We are making a one-time offer to allow you to deduct 30% if your payment is received by October 31, 2004.

Doing nothing about your account is no longer an option. On October 31, 2004 we will refer your total outstanding balance to our collection agency and fully intend to pursue all means possible up to and including judgment. If you make this necessary, all collection costs will be your responsibility as per your signed personal liability consent form.

We willingly extended treatment prior to payment with your signature of guarantee. We trust you will take responsibility and take care of this matter promptly to avoid further action.

Very truly yours,

M. Murgo
Legal Department

111 n. wabash
chicago, illinois
60602

tel: 312-368-8446
fax: 312-368-9544

2720 river road
suite 254
des plaines, illinois
60018

tel: 847-298-8446
fax: 847-298-8530

246 e. janata blvd.
suite 110
lombard, illinois
60148

tel: 630-627-8446
fax: 630-627-2944

NATIONWIDE CAPITAL RECOVERY
74-923 HWY 111
INDIAN WELLS, CA
92210
Phone:1-800-460-0082
Fax:1-760-343-5155

MITCHELL,COLLEEN                                    March 10, 2005

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬, IL ▬▬

RE:      AMERICAN MED. MGMT./MCJM, INC
CASE#:   5106456
BALANCE: $3,256.39

We have been instructed to collect the above debt. Before we proceed,
we want to give you reasonable notice. Recovery action will be
commenced in thirty-one(31) days if you have not paid us in full by that time.

*Send us the full amount now or telephone us today at 800-460-0082
to arrange settlement.* If you <u>act</u> now it may not be necessary for
litigation to ensue.

**This is a demand for immediate payment.**

NATIONWIDE CAPITAL RECOVERY
Randy Hoffenauer
COLLECTIONS MANAGER

Unless this account or any portion thereof is disputed within 30 days
from receipt of this notice, we will assume this debt to be valid. If
you dispute this debt or any portion thereof within this 30 day time
period we will furnish at your written request, a verification of this
debt, or the name and address of the original creditor. This is an
attempt to collect a debt. Any information obtained will be used for
that purpose.



# Group Administrators, Ltd.

450 East Remington Road • Schaumburg, IL 60173-4540
Phone (847) 519-1880 • Fax (847) 519-1979
www.groupadministrators.com

Specialists In:

Health Insurance
Claim Processing
Cafeteria Plans
COBRA Administration

July 19, 2006

Nationwide Recovery
Attn: Randy Hoffenauer
74-923 HWY 111
Indian Wells, CA 92210

Re: American Medical Management/MCJM, Inc.
Case # 5106456
Colleen Mitchell
Dates of Service: 10/01/02 through 12/03/02
Structural Iron Workers Local #1 Welfare Fund

Dear Mr. Hoffenauer:

The Structural Iron Workers Local #1 Welfare Fund received total billings for the above service dates from American Medical Management/ MCJM, Inc. in the amount of $1,105.00. No claims in excess of this amount have ever been filed with the Fund with respect to treatment of Colleen Mitchell. Enclosed are two separate checks with Explanations of Benefits (EOBs) attached making payment in full of the $1,105.00 in claims actually filed with the Plan.

Your correspondence of March 10, 2005, to Colleen Mitchell indicates a balance of $3,256.39. <u>American Medical Management never submitted claims totaling this amount to the Fund. Any claims alleged submitted in excess of the actual $1,105.00 must be documented with proof acceptable to the Fund trustees of submission in a timely manner.</u> Under the terms of the Fund's Plan, claims must be submitted within 12 months of the date incurred.



Page 2
July 19, 2006
Nationwide Recovery
Ms. Colleen Mitchell

The enclosed checks totaling $1105.00 are in full satisfaction of claims actually submitted to the Plan.

On Behalf of Structural iron Workers Local #1 Welfare Fund,

Very truly yours,

Barbara L. Wieda
Vice President

Cc: Ms. Colleen Mitchell
▬▬▬▬▬▬▬▬
▬▬ IL ▬▬

Mr. Steve Bukovac
Structural Iron Workers Local Union #1
7700 Industrial Drive
Forest Park, IL 60130

```
06/04/2007  09:22   312-345-4158              CSED                           PAGE  03
```

STRUCTURAL IRON WORKERS LOCAL #1
WELFARE FUND CLAIMS ACCOUNT
7700 INDUSTRIAL DRIVE
FOREST PARK, IL 60130

Payable Through:
LASALLE BANK
CHICAGO, IL

CHECK NO: 0000047480
CHECK DATE: 07/18/06
Void after 6 months

PAY NINE HUNDRED SIXTY FIVE & NO/100 DOLLARS

PAY THIS AMOUNT
$****965.00

TO THE ORDER OF
NATIONWIDE RECOVERY ON BEHALF OF
AMERICAN MEDICAL MANAGEMENT
74-923 HWY 111
INDIAN WELLS, CA  92210

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

---

GROUP ADMINISTRATORS, LTD.
450 E. Remington Road
SCHAUMBURG, IL 60173-4540
(847) 519-1880

PROVIDER PAYMENT REPORT

NATIONWIDE RECOVERY ON BEHALF OF
AMERICAN MEDICAL MANAGEMENT
74-923 HWY 111
INDIAN WELLS, CA  92210

PAGE : 1
CHECK NO : 47480
DATE PAID : 07-18-06
GROUP :
DIVISION :

| PATIENT ACCOUNT NO | CLAIM | DATES OF SERVICE | PROC CODE | TYPE OF SERVICE | TOTAL CHARGE | PROVIDER DISCOUNT | INELIGIBLE AMOUNT | DEDUCT CD | COINS COPAY | OTHER CARRIER | BENEFIT PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MITCHEL03 | | 10/01-10/01/02 | | | 225.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 225.00 |
| MITCHELL, JAMES | | Spouse | | COLLEEN J. | 225.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 225.00 |
| MITCHEL03 | | 10/08-10/08/02 | | | 90.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 90.00 |
| | | 10/08-10/08/02 | | | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| MITCHELL, JAMES | | Spouse | | COLLEEN J. | 140.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 |
| MITCHEL03 | | 11/05-11/05/02 | | | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| | | 11/05-11/05/02 | | | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| MITCHELL, JAMES | | Spouse | | COLLEEN J. | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 |
| MITCHEL03 | | 11/19-11/19/02 | | | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| | | 11/19-11/19/02 | | | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| MITCHELL, JAMES | | Spouse | | COLLEEN J. | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 |
| MICHEL03 | | 12/03-12/03/02 | | | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| | | 12/03-12/03/02 | | | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| MITCHELL, JAMES | | Spouse | | | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 |
| | | | | TOTALS | 965.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 965.00 |

SEE REVERSE SIDE

FACTS 0403

```
STRUCTURAL IRON WORKERS LOCAL #1                    Payable Through:           CHECK NO
WELFARE FUND CLAIMS ACCOUNT                         LASALLE BANK              000004 7481
7700 INDUSTRIAL DRIVE                               CHICAGO, IL               CHECK DATE
FOREST PARK, IL 60130                                                          07/18/06
                                                                           Void after 6 months

PAY  ONE HUNDRED FORTY & NO/100 DOLLARS                                    PAY THIS AMOUNT
                                                                              $****140.00
TO THE    AMERICAN MEDICAL MANAGEMENT IN
ORDER OF  1954 FIRST ST
          HIGHLAND PARK, IL  60035
```

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

AMERICAN MEDICAL MANAGEMENT IN
1954 FIRST ST
HIGHLAND PARK, IL  60035

GROUP ADMINISTRATORS, LTD.
450 E. Remington Road
SCHAUMBURG, IL 60173-4540
(847) 519-1880

PROVIDER PAYMENT REPORT

PAGE : 1
CHECK NO : 47481
DATE PAID : 07-18-06
GROUP :
DIVISION :

| PATIENT ACCOUNT NO | CLAIM | DATES OF SERVICE | PROC CODE | TYPE OF SERVICE | TOTAL CHARGE | PROVIDER DISCOUNT | INELIGIBLE AMOUNT CD | DEDUCT | COINS COPAY | OTHER CARRIER | BENEFIT PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MITCHEL03 | | 10/15-10/15/02 | | | 90.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 90.00 |
| | | 10/15-10/15/02 | | | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| MITCHELL, JAMES | | Spouse | | COLLEEN J. | 140.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 |
| | | | | TOTALS | 140.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 |

FACT8 0403

SEE REVERSE SIDE

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ .58 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.38 |

Postmark Here

Sent To: Experian/NCAC
Street, Apt. No.; or PO Box No.: P.O. Box 9556
City, State, ZIP+4: Allen, Texas 75013

PS Form 3800, August 2006

7007 0220 0004 7398 7567

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Experian/NCAC
P.O. Box 9556
Allen, Texas 75013

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X EXPERIAN 701 EXPERIAN PARKWAY  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   JUL 09 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   James M. Swanson

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered     ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
   7007 0220 0004 7398 7567

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ .58 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.38 |

Postmark Here

Sent To: Ryon Gambill, Marauder Corp.
Street, Apt. No.; or PO Box No.: 74-923 Hwy 11, Ste. 218
City, State, ZIP+4: Indian Wells, CA 92210

PS Form 3800, August 2006

7007 0220 0004 7398 7550

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ryon Gambill
Marauder Corporation
74-923 Hwy 11
Suite 218
Indian Wells, California 92210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   T. Cobbus                    7-9-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered     ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
   7007 0220 0004 7398 7550

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154