*** 172272988-009 ***
P.O. Box 2000
Chester, PA 19022

Case 1:08-cv-01233    **JUDGE LEINENWEBER**    Filed 02/29/2008    Page 1 of 2
                      **MAGISTRATE JUDGE SCHENKIER**

**08 C 1233**

08/02/2007    TransUnion.

COLLEEN MITCHELL
▓▓▓▓▓, IL ▓▓▓▓▓



Our investigation of the dispute you submitted is now complete. The results are listed below and a new copy of your credit report is enclosed.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the name, address and telephone number of anyone we contacted for information.

Thank you for helping ensure the accuracy of your credit information.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|---|---|---|
| MARAUDER CORPORATION | # 5106456 | NEW INFORMATION BELOW |

Any corrections to your identification requested by you have been made, and are included in the following credit report.



EXHIBIT I

Consumer Credit Report for COLLEEN MITCHELL

File Number: 172272988
Page: 3 of 12
Date Issued: 08/02/2007

**TransUnion.**

### FORD MOTOR CREDIT

Balance:
Date Updated:
High Balance:
Terms:

Pay Status:
Account Type:
Responsibility:
Date Open:

Loan Type:

Last 41 months:
OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
apr mar feb 06 dec nov oct sep aug jul jun may apr mar feb 05 dec nov oct sep aug jul jun may
OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
apr mar feb 04 dec nov oct sep aug jul jun may apr mar feb 03 dec

### HSBC CARSON'S #

Balance:
Date Updated:
High Balance:
Credit Limit:

Pay Status:
Account Type:
Responsibility:
Date Open:

Last 17 months: jun may apr mar feb 07 dec nov oct sep aug jul jun may apr mar feb

### KOHLS/CHASE #

Balance:
Date Updated:
High Balance:
Credit Limit:

Pay Status:
Account Type:
Responsibility:
Date Open:
Date Closed:
Date Paid:

Loan Type:
Remarks:

Last months: jun may apr mar feb 05 dec nov oct sep aug jul jun may apr mar feb 04 dec nov oct sep aug jul
jun may apr mar feb 03 dec

### MARAUDER CORPORATION #5106456
74923 HIGHWAY 111
INDIAN WELLS, CA 92210
(760) 423-1100

Balance: $1,844
Date Verified: 08/2007
Original Amount: $1,305
Original Creditor: MED1 12 MCJM INC AMERICAN MEDICAL MA

Pay Status: >COLLECTION ACCOUNT<
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: ACCT INFO DISPUTED BY CONSUMR
Date placed for collection: 02/2005
Estimated date that this item will be removed: 12/2011

### SEARS/CBSD #

Balance:
Date Updated:
High Balance:
Credit Limit:

Pay Status:
Account Type:
Responsibility:
Date Open:
Date Closed:
Date Paid:

Loan Type:
Remarks:

Last months: jun may apr mar feb 07 dec nov oct sep aug jul jun may apr mar feb 05 dec nov oct sep aug jul
jun may apr mar feb 05 dec nov oct sep aug jul jun may apr mar feb 04 dec nov oct sep aug jul