**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE SCHENKIER**

**08 C 1233**

# experian

## Investigation results

### About our dispute verification process

This summary shows the revision(s) made to your credit file as a result of the verification we recently completed. If you still question an item, then you may want to contact the source of the information.

The federal Fair Credit Reporting Act states that you may:

- request a description of how we verified the information, including the business name and address contacted and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have reviewed your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

**Prepared for**
COLLEEN MITCHELL

**Report number**
1372746368

**Report date**
August 15, 2007
www.experian.com/disputes                Page 3

### How to read your results

**Deleted** - This item was removed from your credit report

**Remains** - This item has been verified as accurate

**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you.

**Reviewed** - This item was either updated or deleted; review this report to learn its outcome

### Items we investigated

We completed investigating the items you disputed with the sources of the information. Here are the results:

| Credit items | Outcome |
|---|---|
| MARAUDER CORPORATION 5/0.... | *Updated* |

Visit experian.com/status to check the status of your pending disputes at any time

To order a co...
VantageScor...
Experian visi...
com or
call 1 888 322 5583.

**Protect and manage your credit with Credit Manager,**
www.creditexpert.com

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

004324354    L-579-00928-0209000

**EXHIBIT 5**

# experian

Prepared for:
COLEEN MITCHELL

Report number
1372746368

Report date
August 15, 2007

www.experian.com/disputes
Call 800 509 8495

Page 6 of 18

## Potentially negative items or items for further review continued

### KOHLS/CHASE (continued)

### MARAUDER CORPORATION

4923 HIGHWAY 111
INDIAN WELLS CA 92210
*No phone number available*

**Partial account number**
106456

| | | | | Creditor's statement |
|---|---|---|---|---|
| Date opened | Date of status | Type | Responsibility | Status: Collection account. $1,844 |
| Feb 2005 | Dec 2006 | Collection | Individual | past due as of Aug 2007. |
| Reported since | Last reported | Terms | Credit limit or original amount | Account history: |
| Dec 2006 | Aug 2007 | 1 Months | $1,305 | Collection as of May 2007 to Aug 2007, Dec 2006 |
| | Monthly payment | High balance | Recent balance | This account is scheduled to continue |
| | NA | NA | $1,844 as of Aug 2007 | on record until Oct 2011. |

Original creditor: MCJM INC / AMERICAN MEDICAL MA

Comment: *"Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act)".*
This item was verified and updated on Aug 2007.

## Accounts in good standing

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years.

### Credit items

### ABN AMRO MORTGAGE GROUP

***Partial account number***

| Date opened | Date of status | Type | Responsibility | |
|---|---|---|---|---|
| Reported since | Last reported | Terms | Monthly payment | |
| | | | Credit limit or original amount | Recent balance | Status: |
| | | | | High balance | |