Rx Date/Time   FEB-27-2008(WED) 08:39        212 345 4158              P.002
02/27/2008   08:39        312-34                                PAGE  02
Case 1:08-cv-01233   Document 12   Filed 02/29/2008   Page 1 of 2
**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE SCHENKIER**
**08 C 1233**

## Personal Information

File Number: 172272988
Date Issued: 02/25/2008

Name: COLLEEN J. MITCHELL
Other Names:

SSN:
Date of Birth:
Telephone

You have been on our files since 08/1985

**CURRENT ADDRESS**
Address:                   , IL
Date Reported: 11/2003

**PREVIOUS ADDRESSES**
Address:
Date Reported:
Address:

### EMPLOYMENT DATA REPORTED

Employer Name:
Date Reported:

Position:
Date Hired:

Employer Name:
Date Reported:

Position:
Date Hired:

Employer Name:
Location:
Date Reported:

Position:
Date Hired:

Special Notes: If any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information that some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in >brackets< or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

**ACCESS CREDIT UNION #**


Balance:
Date Verified:
High Balance:
Past Due:

Pay Status:
Account Type:
Responsibility:
Date Opened:
Date Closed:
Date Paid:

Loan Type:
Remark:
Estimated date that this item will be removed:

**CAPITAL ONE SERVICES**


Balance:
Date Updated:
High Balance:
Past Due:

Pay Status:
Account Type:
Responsibility:
Date Opened:
Date Closed:

Loan Type: 
Remark:





EXHIBIT K

**MARAUDER CORPORATION #5106456**
74923 HIGHWAY 111
INDIAN WELLS, CA 92210
(760) 423-1100

| | | | |
|---|---|---|---|
| Balance: | $1,845 | Pay Status: | >Collection Account< |
| Date Updated: | 02/2008 | Account Type: | Open Account |
| Original Balance: | $1,305 | Responsibility: | Individual Account |
| Original Creditor: | MED1 12 MCJM INC AMERICAN MEDICAL MA | | |
| Past Due: | $0 | | |

Loan Type: Collection Agency Attorney
Remark: Account Information disputed by consumer
Date placed for collection: [ 02/2005]
Estimated date that this Item will be removed: 12/2011

**SEARS/CBSD** ▬▬▬▬▬▬

| | | | |
|---|---|---|---|
| Balance: | ▬ | Pay Status: | ▬ |
| Date Updated: | ▬ | Account Type: | ▬ |
| High Balance: | ▬ | Responsibility: | ▬ |
| Credit Limit: | ▬ | Date Opened: | ▬ |
| Past Due: | ▬ | Date Closed: | ▬ |
| | | Date Paid: | ▬ |

Loan Type: ▬
Remark: ▬

Last 48 Months: dec nov oct sep aug jul jun may apr mar feb '07 dec nov oct sep aug jul jun may apr mar feb '06
dec nov oct sep aug jul jun may apr mar feb '05 dec nov oct sep aug jul jun may apr mar feb '04

**SPIEGEL** ▬▬▬▬▬



| | | | |
|---|---|---|---|
| Balance: | ▬ | Pay Status: | ▬ |
| Date Updated: | ▬ | Account Type: | ▬ |
| High Balance: | ▬ | Responsibility: | ▬ |
| Credit Limit: | ▬ | Date Opened: | ▬ |
| Past Due: | ▬ | Date Closed: | ▬ |
| | | Date Paid: | ▬ |

Loan Type: ▬
Remark: ▬

Last 48 Months: '06 dec nov oct sep aug jul jun may apr mar feb '05 dec nov oct sep aug jul jun may apr mar feb
'04 dec nov oct sep aug jul jun may apr mar feb '03 dec nov oct sep aug jul jun may apr mar feb

**SPIRIT OF AMERICA NTL BK #**▬▬▬▬▬



| | | | |
|---|---|---|---|
| Balance: | ▬ | Pay Status: | ▬ |
| Date Updated: | ▬ | Account Type: | ▬ |
| High Balance: | ▬ | Responsibility: | ▬ |
| Credit Limit: | ▬ | Date Opened: | ▬ |
| Past Due: | ▬ | Date Paid: | ▬ |

Loan Type: ▬
Remark: ▬

Last 48 Months: '08 dec nov oct sep aug jul jun may apr mar feb '07 dec nov oct sep aug jul jun may apr mar feb
'06 dec nov oct sep aug jul jun may apr mar feb '05 dec nov oct sep aug jul jun may apr mar feb



## Satisfactory Accounts

The following accounts are reported with no adverse information. (Note: The account # may be scrambled by the creditor for your protection).

**ABN AMRO MORTGAGE #**▬▬▬▬▬

| | | | |
|---|---|---|---|
| Balance: | ▬ | Pay Status: | ▬ |
| Date Updated: | ▬ | Account Type: | ▬ |
| High Balance: | ▬ | Responsibility: | ▬ |
| Collateral: | ▬ | Date Opened: | ▬ |
| Past Due: | ▬ | Date Closed: | ▬ |
| Terms: | ▬ | | |

Loan Type: ▬
Remark: ▬



