**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1233**

In the Matter of                                    Case Number:

Colleen Mitchell v. Marauder Corporation, a California corporation, d/b/a Collection Professional Services and d/b/a Nationwide Capital Recovery, Experian Information Solutions, Inc., an Ohio corporation, and TransUnion, LLC, a Delaware limited liability company,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff: Colleen Mitchell.

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE SCHENKIER**

| |
|---|
| NAME (Type or print) <br> Mary E. Philipps |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Mary E. Philipps |
| FIRM <br> Philipps & Philipps, Ltd. |
| STREET ADDRESS <br> 9760 South Roberts Road, Suite One |
| CITY/STATE/ZIP <br> Palos Hills, Illinois 60465 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06197113 | TELEPHONE NUMBER <br> (708) 974-2900 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

**FILED**
**FEBRUARY 29, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT