IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COLLEEN MITCHELL,            )<br>                              )<br>  Plaintiff,                 )<br>v.                            )<br>                              )<br>MARAUDER CORPORATION,         )<br>EXPERIAN INFORMATION SOLUTIONS, INC. )<br>and TRANS UNION, LLC,        )<br>                              )<br>  Defendants                 )  | Civil Action 08 C 1233<br><br>Judge Leinenweber<br><br>Magistrate Judge Schenkier |

**DEFENDANT TRANS UNION LLC'S**
**LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Defendant Trans Union LLC ("Trans Union") submits this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Local R. 3.2:

All affiliates of the party: TransUnion Corp.

Date: March 14, 2008

Respectfully submitted,

**TRANS UNION LLC**

By: /s/ Sharon R. Albrecht
    One of Its Attorneys

Monica L. Thompson (ARDC #06181455)
Albert E. Hartmann (ARDC #06256064)
Sharon R. Albrecht (ARDC #06288927)
**DLA PIPER US LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601
312-368-4000

CHGO1\31165823.1