IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COLLEEN MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action 08 C 1233 |
| | ) | |
| MARAUDER CORPORATION, | ) | Judge Leinenweber |
| EXPERIAN INFORMATION SOLUTIONS, INC. | ) | |
| and TRANS UNION, LLC, | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendants | ) | |

### NOTICE OF AGREED MOTION

TO:   David J. Philipps
      Bonnie Dragotto
      Mary Elizabeth Philipps
      *Philipps & Philipps, Ltd.*
      9760 South Roberts Road, Suite One
      Palos Hills, IL  60465

PLEASE TAKE NOTICE that on Wednesday, March 26, 2008, at 9:30 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Leinenweber, or any judge sitting in his stead, in courtroom 1941, at the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois and shall then and there present Trans Union LLC's **Agreed Motion for Extension of Time to Answer or Otherwise Plead in Response to Plaintiff's Complaint**, a true and correct copy of which was previously served upon you.

Dated: March 14, 2008                              TRANS UNION LLC


                                                   By:   /s/ Sharon R. Albrecht
                                                         One of Its Attorneys


Monica L. Thompson (ARDC #06181455)
Albert E. Hartmann (ARDC #06256064)
Sharon R. Albrecht (ARDC #06288927)
**DLA PIPER US LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois  60601-1293
312-368-4000

CHGO1\31165794.1