## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# SUMMONS IN A CIVIL CASE

**08 C 1233**

Colleen Mitchell,
Plaintiff,

v.

Marauder Corporation, a California corporation, d/b/a Collection Professional Services and d/b/a Nationwide Capital Recovery, Experian Information Solutions, Inc., an Ohio corporation, and TransUnion, LLC, a Delaware limited liability company,
Defendants.

Docket Number: _____

Assigned Judge: _____

Designated
Magistrate Judge: _____

JUDGE LEINENWEBER
MAGISTRATE JUDGE SCHENKIER

To: TransUnion, LLC,
C/O Prentice Hall Corporation, as registered agent
33 North LaSalle Street
Chicago, Illinois 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

Date

**Michael W. Dobbins, Clerk**

*[signature]*
(By) DEPUTY CLERK

**February 29, 2008**
Date

| | |
|---|---|
| Service of the Summons and Complaint was made by me. | DATE:<br>3/06/08 AT 1:50 P.M. |
| NAME OF SERVER (PRINT)<br>LIZETTE ALONZO | TITLE<br>PROCESS SERVER |

*Check one box below to indicate appropriate method of service-*

[ ] Served personally upon the defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[X] Other (specify): <u>SERVED DEFENDANT TRANSUNION,LLC C/O PRENTICE HALL CORPORATION AT 33 N. LASALLE, SUITE 2300,CHICAGO,IL. SERVED AUTHORIZED AGENT AND OPERATION SPECIALIST, RAYYA TAMIR.DESCRIPTION:F,B,25YRS..125LB..5'4", BLACK HAIR,GLASSES.</u>

## STATEMENT OF SERVICES FEES

| TRAVEL — | SERVICES $50 — | TOTAL $50 — |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/06/08
           Date

Signature of Server

Address of Server

LEGAL DOCUMENT
MANAGEMENT, INC.
79 W. MONROE STREET, STE. 1020
CHICAGO, IL 60603