**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **COLLEEN MITCHELL,**<br><br>  Plaintiff,<br><br>  v.<br><br>**MARAUDER CORPORATION, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION, LLC,**<br><br>  Defendants. | Civil Action No. 08CV1233<br><br>Judge Leinenweber<br><br>Magistrate Judge Schenkier |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S LOCAL RULE 3.2
NOTIFICATION OF AFFILIATES**

The undersigned, counsel of record for Defendant Experian Information Solutions, Inc. ("Experian"), hereby certifies pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2 that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1.  Parent Companies: The parent company of Experian is Experian Group Limited.

2.  Subsidiaries Not Wholly Owned: The following companies are subsidiaries of Experian that are not wholly owned:

    (a)  First American Real Estate Solutions, LLC

    (b)  First American Real Estate Solutions II, LLC

    (c)  Vehicle Title, LLC

    (d)  Central Source LLC

    (e)  Online Data Exchange LLC

    (f)  New Management Services LLC

    (g)  VantageScore Solutions LLC

CHI-1640090v1

3. Publicly Held Companies: Experian Group Limited owns 100 percent of Experian. Experian Group Limited is a Jersey, Channel Islands company, which is publicly traded on the London Stock Exchange.

Dated: March 24, 2008

Respectfully submitted,

/s/ Katie M. Poleon
Katie M. Poleon (#6287107)
JONES DAY
77 West Wacker Drive
Chicago, IL  60601-1692
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585
E-mail:  kpoleon@jonesday.com

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2008, I electronically filed the foregoing **Defendant Experian Solutions, Inc.'s Local Rule 3.2 Notification of Affiliates** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with the Court:

| | |
|---|---|
| David J. Phillips<br>Mary E.Phillips<br>Bonnie C. Dragotto<br>PHILLIPS & PHILLIPS, LTD<br>9760 South Roberts Road., Suite One<br>Palos Hills, IL 60465<br><br>*Counsel for Plaintiff* | Sharon R. Albrecht<br>Albert E. Harmann<br>Monica L. Thompson<br>DLA PIPER USA LLP<br>203 North Lasalle Street<br>Suite 1900<br>Chicago, IL 60601<br><br>*Counsel for Defendant Trans Union* |

/s/ Katie M. Poleon
Katie M. Poleon

CHI-1640090v1