# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **COLLEEN MITCHELL,** | **Civil Action No. 08CV1233** |
| **Plaintiff,** | **Judge Leinenweber** |
| v. | **Magistrate Judge Schenkier** |
| **MARAUDER CORPORATION, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION, LLC,** | |
| **Defendants.** | |

## AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Experian Information Solutions, Inc. ("Experian") respectfully moves the Court to grant it an extension of time to answer or otherwise plead to Plaintiff's Complaint.

In support of this Motion, Experian states as follows:

1. On February 29, 2008 Plaintiff filed a Complaint with this Court, naming Experian as a defendant. The Complaint was served on Experian on March 6, 2008.

2. Counsel for Experian received notice of the Complaint on March 24, 2008.

3. According to Federal Rule of Civil Procedure 12(a)(1), Experian's Answer or other responsive pleading is due March 26, 2008.

4. Experian has not had sufficient time to investigate the allegations of the Complaint in order to properly answer or otherwise plead by March 26, 2008.

5. Accordingly, Experian requests that the Court extend its time to answer or otherwise plead up to and including April 25, 2008, to answer Plaintiff's Complaint.

6. Plaintiff has no objection to this extension of time.

CHI-1640058v1

WHEREFORE, Experian respectfully requests that this Court grant its motion for an extension of time to answer or otherwise plead in response to Plaintiff's Complaint up to and including April 25, 2008.

Dated: March 24, 2008             Respectfully submitted,

/s/ Katie M. Poleon
Katie M. Poleon (#6287107)
JONES DAY
77 West Wacker Drive
Chicago, IL  60601-1692
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585
E-mail:  kpoleon@jonesday.com

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2008, I electronically filed the foregoing **Agreed Motion For Extension of Time to Answer or Otherwise Plead** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with the Court:

| | |
|---|---|
| David J. Phillips<br>Mary E. Phillips<br>Bonnie C. Dragotto<br>PHILLIPS & PHILLIPS, LTD<br>9760 South Roberts Road., Suite One<br>Palos Hills, IL 60465<br><br>*Counsel for Plaintiff* | Sharon R. Albrecht<br>Albert E. Harmann<br>Monica L. Thompson<br>DLA PIPER USA LLP<br>203 North Lasalle Street<br>Suite 1900<br>Chicago, IL 60601<br><br>*Counsel for Defendant Trans Union LLC* |

                                              /s/ Katie M. Poleon
                                              Katie M. Poleon