# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>COLLEEN MITCHELL,<br>    Plaintiff,<br>v.<br>MARAUDER CORPORATION, et al.<br>    Defendants. | Case Number:<br>08 C 1233 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MARAUDER CORPORATION, a California Corporation, d/b/a COLLECTION PROFESSIONAL SERVICES and d/b/a NATIONWIDE CAPITAL RECOVERY

| | |
|---|---|
| NAME (Type or print)<br>    Gary S. Caplan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Gary S. Caplan | |
| FIRM<br>    Reed Smith LLP | |
| STREET ADDRESS<br>    10 south Wacker Drive, #4000 | |
| CITY/STATE/ZIP<br>    Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>312-207-1000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]   NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]   NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]   NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]   NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>    RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ] | |

## **CERTIFICATE OF SERVICE**

      I, Gary S. Caplan, an attorney, hereby certify that I caused a copy of the attached **Appearance** to be served upon the following parties by U.S. Mail, postage prepared, this 24th day of March, 2008:

    David J. Philipps
    Bonnie Dragotto
    Mary Elizabeth Philipps
    Philipps & Philipps, Ltd.
    9760 South Roberts Road
    Suite One
    Palos Hills, Illinois 6046

    Monica L. Thompson
    Albert E. Hartmann
    Sharon R. Albrecht
    DLA Piper US LLP
    203 North LaSalle Street
    Suite 1900
    Chicago, Illinois 60601

                        By:    /s/ Gary S/ Caplan
                                    One of Its Attorneys

CHILIB-2168801.1-999999-99999