IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COLLEEN MITCHELL, | ) |
| | ) |
| Plaintiff, | ) Civil Action 08 C 1233 |
| | ) |
| v. | ) Judge Leinenweber |
| | ) |
| MARAUDER CORPORATION, a California Corporation, d/b/a COLLECTION PROFESSIONAL SERVICES and d/b/a NATIONWIDE CAPITAL RECOVERY, EXPERIAN INFORMATION SOLUTIONS, INC. and TRANS UNION, LLC, | ) Magistrate Judge Schenkier |
| | ) |
| Defendants. | ) |

**DEFENDANT MARAUDER CORPORATION'S
<u>LOCAL RULE 3.2 DISCLOSURE STATEMENT</u>**

Defendant, Marauder Corporation, a California Corporation, d/b/a Collection Professional Services and d/b/a Nationwide Capital Recovery ("Marauder"), submits this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Local R. 3.2:

All publicly held affiliates of Marauder: None.

Dated: March 24, 2008

Respectfully submitted,

MARAUDER CORPORATION

By:   /s/ Gary S. Caplan
         One of Its Attorneys

Gary S. Caplan
Reed Smith LLP
10 South Wacker Drive, #4000
Chicago, Illinois 60606
312-207-1000

CHILIB-2168544.1-999999-99999

## CERTIFICATE OF SERVICE

      I, Gary S. Caplan, an attorney, hereby certify that I caused a copy of the attached **Local Rule 3.2 Disclosure Statement** to be served upon the following parties by U.S. Mail, postage prepared, this 24th day of March, 2008:

      David J. Philipps
      Bonnie Dragotto
      Mary Elizabeth Philipps
      Philipps & Philipps, Ltd.
      9760 South Roberts Road
      Suite One
      Palos Hills, Illinois 6046

      Monica L. Thompson
      Albert E. Hartmann
      Sharon R. Albrecht
      DLA Piper US LLP
      203 North LaSalle Street
      Suite 1900
      Chicago, Illinois 60601

      By:   /s/ Gary S/ Caplan
                One of Its Attorneys

CHILIB-2168801.1-999999-99999