UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Colleen Mitchell
                              Plaintiff,
v.                                              Case No.: 1:08−cv−01233
                                                Honorable Harry D. Leinenweber
Marauder Corporation, et al.
                              Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, March 25, 2008:

       MINUTE entry before Judge Honorable Harry D. Leinenweber:Marauder Corporation's Agreed Motion for extension of time to 4/25/2008 in which to.answer [22] is granted.Mailed notice(wp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.