IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COLLEEN MITCHELL,        )<br>        Plaintiff,        )<br>v.        )<br>        )<br>MARAUDER CORPORATION,        )<br>EXPERIAN INFORMATION SOLUTIONS, INC.  )<br>and TRANS UNION, LLC,        )<br>        Defendants        ) | Civil Action 08 C 1233<br><br>Judge Leinenweber<br><br>Magistrate Judge Schenkier |

**AGREED MOTION FOR SECOND EXTENSION OF TIME TO ANSWER
OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendant Trans Union LLC ("Trans Union"), by its attorneys, hereby moves this Court, under Fed. R. Civ. P. 6(b), for an extension of time to answer or otherwise plead in response to Plaintiff's Complaint, and in support thereof states as follows:

1. Pursuant to this Court's March 25, 2008, order, Trans Union is required to answer or otherwise plead in response to Plaintiff's Complaint by April 25, 2008.

2. Plaintiff and Trans Union have agreed to a settlement and are in the process of finalizing that agreement.

3. On April 22, 2008, counsel for Plaintiff agreed to the proposed extension.

4. Trans Union respectfully requests that this Court extend its time to answer or otherwise plead to and including May 16, 2008.

5. Trans Union's motion is not brought for purposes of needlessly delaying the proceedings and will not prejudice any party.

WHEREFORE, Trans Union respectfully requests that this Court grant its motion for an extension of time allowed to answer or otherwise plead in response to Plaintiff's Complaint to and including May 16, 2008.

Dated: April 23, 2008  Respectfully submitted,

**TRANS UNION LLC**


By: /s/ Sharon R. Albrecht
      One of Its Attorneys

Monica L. Thompson (ARDC #06181455)
Albert E. Hartmann (ARDC #06256064)
Sharon R. Albrecht (ARDC #06288927)
**DLA PIPER US LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601
312-368-4000

CHGO1\31205757.1