# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **COLLEEN MITCHELL,** | **Civil Action No. 08CV1233** |
| **Plaintiff,** | **Judge Leinenweber** |
| v. | **Magistrate Judge Schenkier** |
| **MARAUDER CORPORATION, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION, LLC,** | |
| **Defendants.** | |

## AGREED MOTION FOR SECOND EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Experian Information Solutions, Inc. ("Experian") respectfully moves the Court, under Fed. R. Civ. P. 6(b), for an extension of time to answer or otherwise plead to Plaintiff's Complaint.

In support of this Motion, Experian states as follows:

1. Pursuant to this Court's March 25, 2008 order, Experian is required to answer or otherwise plead in response to Plaintiff's Complaint by April 25, 2008.

2. Plaintiff and Experian have agreed to a settlement and are in the process of finalizing that agreement.

3. On April 24, 2008, Plaintiff agreed to the proposed extension.

4. Experian's motion is not brought for purposes of needlessly delaying the proceedings and will not prejudice any party.

CHI-1645351v1

WHEREFORE, Experian respectfully requests that this Court grant its motion for an extension of time to answer or otherwise plead in response to Plaintiff's Complaint up to and including May 16, 2008.

Dated: April 25, 2008

Respectfully submitted,

/s/ *Angela M. Muccino*
Angela M. Muccino (#6290295)
Katie M. Poleon (#6287107)
JONES DAY
77 West Wacker Drive
Chicago, IL  60601-1692
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2008, I electronically filed the foregoing **Agreed Motion For Second Extension of Time to Answer or Otherwise Plead** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with the Court:

David J. Phillips
Mary E. Phillips
Bonnie C. Dragotto
PHILLIPS & PHILLIPS, LTD
9760 South Roberts Road., Suite One
Palos Hills, IL 60465

*Counsel for Plaintiff*

Sharon R. Albrecht
Albert E. Harmann
Monica L. Thompson
DLA PIPER USA LLP
203 North Lasalle Street
Suite 1900
Chicago, IL 60601

*Counsel for Defendant Trans Union, LLC*

Gary S. Caplan
REED SMITH LLP
10 South Wacker Drive, #4400
Chicago, IL 60606

*Counsel for Defendant Marauder Corporation*

/s/ *Angela M. Muccino*
Angela M. Muccino