# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **COLLEEN MITCHELL,** | **Civil Action No. 08CV1233** |
| Plaintiff, | **Judge Leinenweber** |
| v. | **Magistrate Judge Schenkier** |
| **MARAUDER CORPORATION, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION, LLC,** | |
| Defendants. | |

## NOTICE OF AGREED MOTION

To: Attached Service List

PLEASE TAKE NOTICE that on Tuesday, May 6, 2008, at 9:30 a.m. or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Leinenweber, or any judge sitting in his stead, in Courtroom 1941, at the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois and shall then and there present Defendant Experian Information Solutions, Inc.'s **Agreed Motion for Second Extension of Time to Answer or Otherwise Plead**, a true and correct copy of which has been served upon you.

CHI-1645354v1

Dated: April 25, 2008

Respectfully submitted,

/s/ *Angela M. Muccino*

Angela M. Muccino (#6290295)
Katie M. Poleon (#6287107)
JONES DAY
77 West Wacker Drive
Chicago, IL  60601-1692
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

CHI-1645354v1

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2008, I electronically filed the foregoing **Notice of Agreed Motion For Second Extension of Time to Answer or Otherwise Plead** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with the Court:

David J. Phillips
Mary E.Phillips
Bonnie C. Dragotto
PHILLIPS & PHILLIPS, LTD
9760 South Roberts Road., Suite One
Palos Hills, IL 60465

*Counsel for Plaintiff*

Sharon R. Albrecht
Albert E. Harmann
Monica L. Thompson
DLA PIPER USA LLP
203 North Lasalle Street
Suite 1900
Chicago, IL 60601

*Counsel for Defendant Trans Union, LLC*

Gary S. Caplan
REED SMITH LLP
10 South Wacker Drive, #4400
Chicago, IL 60606

*Counsel for Defendant Marauder Corporation*

/s/ *Angela M. Muccino*
Angela M. Muccino