IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COLLEEN MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action 08 C 1233 |
| | ) | |
| MARAUDER CORPORATION, | ) | Judge Leinenweber |
| EXPERIAN INFORMATION SOLUTIONS, INC. | ) | |
| and TRANS UNION, LLC, | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendants | ) | |

**STIPULATION OF DISMISSAL *WITH PREJUDICE***

It is hereby stipulated and agreed by and between the Plaintiff Colleen Mitchell and Defendant TRANS UNION LLC that Plaintiff's individual claim against TRANS UNION LLC be **dismissed with prejudice and without an award of costs or fees** to any party, all matters in controversy for which said action was brought having been fully resolved. This cause shall continue as to all other defendants.

Date: April 25, 2008                                    **TRANS UNION LLC**

By:__/s/ Sharon R. Albrecht_____
One of Its Attorneys

Monica L. Thompson (ARDC #06181455)
Albert E. Hartmann (ARDC #06256064)
Sharon R. Albrecht (ARDC #06288927)
**DLA Piper US LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601


Date: April 25, 2008                                    **COLLEEN MITCHELL**

By:__/s/ David J. Philipps_____
One of Her Attorneys

David J. Philipps
Mary Elizabeth Philipps
Bonnie Dragotto
*Philipps & Philipps, Ltd.*
9760 South Roberts Road, Suite One
Palos Hills, IL 60465