# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1233 | **DATE** | 5/1/2008 |
| **CASE TITLE** | Colleen Mitchell vs. Marauder Corporation, et al | | |

**DOCKET ENTRY TEXT**

The Agreed Motions for extension of time [27] [30] are granted. Pursuant to the Stipulation this case is dismissed with prejudice and without an award of costs or fees to any party, all matters in controversy having been settled.

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|