# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1233 | **DATE** | 5/1/2008 |
| **CASE TITLE** | Colleen Mitchell vs. Marauder Corporation, et al | | |

**DOCKET ENTRY TEXT**

Having been entered in error, the court's minute entry [34] dismissing this case due to settlement is hereby vacated. Cause ordered reinstated. Pursuant to Stipulation between plaintiff colleen Mitchell and defendant Trans Union LLC , plaintiff's individual claim against Trans Union LLC (only)  is hereby dismissed with prejudice and without an award of costs or fees to any party, all matters in controversy having been settled.

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|