IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **COLLEEN MITCHELL,** | **Civil Action No. 08CV1233** |
| **Plaintiff,** | **Judge Leinenweber** |
| v. | **Magistrate Judge Schenkier** |
| **MARAUDER CORPORATION, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION, LLC,** | |
| **Defendants.** | |

**AGREED MOTION FOR THIRD EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Experian Information Solutions, Inc. ("Experian") respectfully moves the Court, under Fed. R. Civ. P. 6(b), for an extension of time to answer or otherwise plead to Plaintiff's Complaint.

In support of this Motion, Experian states as follows:

1. Pursuant to this Court's May 1, 2008 order, Experian is required to answer or otherwise plead in response to Plaintiff's Complaint by May 16, 2008.

2. Plaintiff and Experian have reached a settlement agreement that is nearly finalized and the parties anticipate requesting Experian's dismissal from the case shortly.

3. On May 15, 2008, Plaintiff agreed to the proposed extension.

4. Experian's motion is not brought for purposes of needlessly delaying the proceedings and will not prejudice any party.

WHEREFORE, Experian respectfully requests that this Court grant its motion for an extension of time to answer or otherwise plead in response to Plaintiff's Complaint up to and including May 30, 2008.

Dated: May 15, 2008                                   Respectfully submitted,


/s/ *Angela M. Muccino*
Angela M. Muccino (#6290295)
Katie M. Poleon (#6287107)
JONES DAY
77 West Wacker Drive
Chicago, IL  60601-1692
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585


Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

CHI-1645351v1

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 15, 2008, I electronically filed the foregoing **Agreed Motion For Third Extension of Time to Answer or Otherwise Plead** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with the Court:

| | |
|---|---|
| David J. Phillips<br>Mary E.Phillips<br>Bonnie C. Dragotto<br>PHILLIPS & PHILLIPS, LTD<br>9760 South Roberts Road., Suite One<br>Palos Hills, IL 60465<br><br>*Counsel for Plaintiff* | Gary S. Caplan<br>REED SMITH LLP<br>10 South Wacker Drive, #4400<br>Chicago, IL 60606<br><br>*Counsel for Defendant Marauder Corporation* |

/s/ *Angela M. Muccino*
Angela M. Muccino