IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **COLLEEN MITCHELL,** | Civil Action No. 08CV1233 |
| Plaintiff, | Judge Leinenweber |
| v. | Magistrate Judge Schenkier |
| **MARAUDER CORPORATION, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION, LLC,** | |
| Defendants. | |

## NOTICE OF AGREED MOTION

To:  Attached Service List

PLEASE TAKE NOTICE that on Tuesday, May 27, 2008, at 9:30 a.m. or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Leinenweber, or any judge sitting in his stead, in Courtroom 1941, at the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois and shall then and there present Defendant Experian Information Solutions, Inc.'s **Agreed Motion for Third Extension of Time to Answer or Otherwise Plead**, a true and correct copy of which has been served upon you.

CHI-1645354v1

Dated: May 15, 2008                               Respectfully submitted,


                                                  /s/ *Angela M. Muccino*
                                                  Angela M. Muccino (#6290295)
                                                  Katie M. Poleon (#6287107)
                                                  JONES DAY
                                                  77 West Wacker Drive
                                                  Chicago, IL  60601-1692
                                                  Telephone:  (312) 782-3939
                                                  Facsimile:  (312) 782-8585


                                                  Counsel for Defendant
                                                  EXPERIAN INFORMATION SOLUTIONS,
                                                  INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2008, I electronically filed the foregoing **Notice of Agreed Motion For Third Extension of Time to Answer or Otherwise Plead** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with the Court:

| | |
|---|---|
| David J. Phillips | Gary S. Caplan |
| Mary E.Phillips | REED SMITH LLP |
| Bonnie C. Dragotto | 10 South Wacker Drive, #4400 |
| PHILLIPS & PHILLIPS, LTD | Chicago, IL 60606 |
| 9760 South Roberts Road., Suite One | |
| Palos Hills, IL 60465 | *Counsel for Defendant Marauder Corporation* |
| *Counsel for Plaintiff* | |

/s/ *Angela M. Muccino*
Angela M. Muccino

CHI-1645354v1