N THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Colleen Mitchell, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   08 C 1233 |
| | ) | |
| Marauder Corporation, a California corporation, , and Experian Information Solutions, Inc., a Ohio corporation, | ) ) ) | Judge Leinenweber |
|     Defendants. | ) | |

**STIPULATION OF DISMISSAL AS
TO DEFENDANT EXPERIAN ONLY**

Plaintiff, Colleen Mitchell, having reached a settlement with Defendant Experian Information Solutions, Inc. ("Experian"), hereby stipulates to the dismissal of her claims against Experian only, with prejudice.  Plaintiff's claims against Defendant Marauder Corporation remain pending.

Dated: May 20, 2008

One of Plaintiff's Attorneys

/s/ David J. Philipps_____ _
David J. Philipps  (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

The foregoing stipulation is hereby approved and the claims against Defendant Experian are dismissed with prejudice.  This case remains pending against Defendant Marauder.

Dated: _____

                                            ENTERED:

                                            _____
                                            Judge Harry D. Leinenweber,
                                            United States District Court

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 20, 2008 a copy of the foregoing **Stipulation of Dismissal** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Angela M. Muccino<br>Jones Day<br>77 West Wacker Drive<br>Chicago, Illinois 60601 | ammuccino@jonesday |
| Gary S. Caplan<br>Reed Smith, LLP<br>10 South Wacker Drive<br>Suite 4000<br>Chicago, Illinois 60606 | gcaplan@sachnoff.com |

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com