# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1233 | **DATE** | 5/29/2008 |
| **CASE TITLE** | Colleen Mitchell vs. Marauder Corporation, et al | | |

**DOCKET ENTRY TEXT**

Pursuant to the stipulation, the claims against defendant Experian are dismissed with prejudice. This case remains pending against defendant Marauder.

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|