IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Colleen Mitchell, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 1233 |
| | ) | |
| Marauder Corporation, a California | ) | |
| corporation, d/b/a Collection | ) | Judge Leinenweber |
| Professional Services and d/b/a | ) | Magistrate Judge Schenkier |
| Nationwide Capital Recovery, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Gary S. Caplan, counsel for defendant Marauder Corporation, d/b/a Collection Professional Services and d/b/a Nationwide Capital Recovery (collectively "Marauder"), moves this Court pursuant to Local Rule 83.17 for an order granting leave to immediately withdraw as counsel, and in support thereof states the following:

1. Gary S. Caplan, a partner at Reed Smith LLP, has represented Marauder from the inception of this action.

2. Maruader has requested that Gary S. Caplan withdraw as counsel immediately.

3. Marauder is in possession of all pleadings, documents, and orders of the Court relating to this action. Since this case is in its early stages, granting this motion will not prejudice Plaintiff.

4. Plaintiff's counsel, David Phillips, was notified of Marauder's request that counsel withdraw on Tuesday, June 17, 2008.

WHEREFORE, Gary, S. Caplan respectfully moves this Honorable Court for leave to immediately withdraw as counsel for Marauder.

Dated:  June 18, 2008                          Respectfully submitted,


                                               By:   s/ Gary S. Caplan
                                                     Gary S. Caplan (ARDC #6198263
                                                     REED SMITH LLP
                                                     10 South Wacker Drive
                                                     Chicago, Illinois 60606-7507
                                                     Telephone:  (312) 207-1000
                                                     Facsimile:   (312) 207-6400

-2-

-3-

## CERTIFICATE OF SERVICE

      I, Gary S. Caplan, one of the attorneys for the defendants, hereby certify that on June 18, 2008, I caused a true and correct copy of the foregoing Notice of Motion and Motion for Leave to Withdraw as Counsel to be served via the Court's CM/ECF system:

> David J. Philipps (davephilipps@aol.com)
> Bonnie C. Dragotto (bdragotto@aol.com)
> Mary E. Philipps (mephilipps@aol.com)
> Philipps & Philipps, Ltd.
> 9760 S. Roberts Road, Suite One
> Palos Hills, IL 60465

                                          s/ Gary S. Caplan
                                          Gary S. Caplan