**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Colleen Mitchell, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 1233 |
| | ) | |
| Marauder Corporation, a California | ) | |
| corporation, d/b/a Collection | ) | Judge Leinenweber |
| Professional Services and d/b/a | ) | Magistrate Judge Schenkier |
| Nationwide Capital Recovery, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   David J. Philipps (davephilipps@aol.com)
      Bonnie C. Dragotto (bdragotto@aol.com)
      Mary E. Philipps (mephilipps@aol.com)
      Philipps & Philipps, Ltd.
      9760 S. Roberts Road, Suite One
      Palos Hills, IL 60465

**PLEASE TAKE NOTICE** that on **Tuesday, June 24, 2008**, during the previously scheduled status at **9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Leinenweber, or any judge who may be sitting in his stead, in Courtroom 1941, or the courtroom usually occupied by him at the U.S. Courthouse located at 219 S. Dearborn, Chicago, Illinois and then and there present this **Motion for Leave to Withdraw as Counsel**, a true and correct copy of which is attached hereto and served upon you herewith.

Dated: June 18, 2008

                                        Respectfully submitted,


                                        By:   s/ Gary S. Caplan


Gary S. Caplan (ARDC #6198263)
REED SMITH, LLP
10 South Wacker Drive, 40th Floor
Chicago, IL  60606-7507
Telephone: 312.207.1000

CHILIB-2187223.1-325512-00001