## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1233 | **DATE** | 6/24/2008 |
| **CASE TITLE** | Colleen Mitchell vs. Marauder Corporation, et al | | |

**DOCKET ENTRY TEXT**

Gary S. Caplan, counsel for defendant Marauder Corporation, d/b/a Collection Professional Services and d/b/a Nationwide Capital Recovery, Motion for leave to withdraw as counsel is granted. Defendant given to 7/8/2008 in which to obtain new counsel. Status hearing held and continued for 7/15/2008 at 9:00 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|