## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1233 | **DATE** | 7/15/2008 |
| **CASE TITLE** | Colleen Mitchell vs. Marauder Corporation, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant Marauder Corporation failed to appear for status. Plaintiff's oral motion for entry of default is granted. Prove-up by affidavit set for 8/19/2008 at 9:00 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|