PHILIPPS & PHILIPPS, LTD.
9760 South Roberts Road
Suite One
Palos Hills, IL 60465

Invoice submitted to:
Colleen Mitchell
11257 S. Midland
Chicago IL 60655

August 06, 2008

In Reference To: Mitchell v. Marauder

Invoice # 12694

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/31/2007 | BCD | Analyze e-mail from potential client re: collection actions by Marauder (.2); telephone call to potential client - wrong number (.1); draft e-mail responding to potential client (.1); analyze documents from potential client (.3); telephone call to potential client re: additional details needed, left message to call back (.1). | 0.70<br>250.00/hr | 175.00 |
| 6/4/2007 | BCD | Analyze additional documents from potential client re: possible FDCPA claims (.2). | 0.20<br>250.00/hr | 50.00 |
| 6/5/2007 | DJP | Confer with Bonnie C. Dragotto re: additional documents, results of CRA investigations, statement re: calls from client. | 0.20<br>395.00/hr | 79.00 |
|  | BCD | Telephone call with Colleen Mitchell re: detailed statement of calls needed, some collection beyond Statute of limitation, credit reports needed, possible representation (.3); analyze additional documents, credit reports, results of CRA investigations, statement re: calls from client (.2); confer with David J. Philipps re: same (.2); telephone call with Colleen Mitchell, representation declination re: FDCPA claims against Marauder, discuss development of FCRA claims (.2). | 0.90<br>250.00/hr | 225.00 |
| 6/11/2007 | BCD | Draft detailed credit report disputes and letter to client re: same. | 1.70<br>250.00/hr | 425.00 |
| 7/3/2007 | BCD | Finalize credit report dispute letters upon receipt of same from client. | 0.40<br>250.00/hr | 100.00 |



EXHIBIT 1

Colleen Mitchell                                                                                                    Page     2

|              |     |                                                                                                                                                                                             | Hrs/Rate         | Amount |
|--------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|--------|
| 8/7/2007     | BCD | Telephone call to client re: whether new credit reports received, left message to call back (.1).                                                                                                              | 0.10 250.00/hr   | 25.00  |
| 8/27/2007    | BCD | Review new TransUnion and Experian credit reports from client, Marauder listing updated, balance due lowered.                                                                                                  | 0.30 250.00/hr   | 75.00  |
| 9/4/2007     | BCD | Draft letter to client and fee agreement.                                                                                                                                                                     | 0.20 250.00/hr   | 50.00  |
| 9/18/2007    | BCD | Telephone call with client re: fee agreement not yet received back, will re-send to client via e-mail (.1); draft e-mail to client with fee agreement (.1).                                                    | 0.20 250.00/hr   | 50.00  |
| 9/21/2007    | BCD | Research on Westlaw re: registered agents for Marauder, TransUnion and Experian (.4); draft complaint (1.8).                                                                                                   | 2.20 250.00/hr   | 550.00 |
| 9/24/2007    | BCD | Draft complaint.                                                                                                                                                                                              | 1.20 250.00/hr   | 300.00 |
| 11/5/2007    | BCD | Return telephone call to client, left message to call back.                                                                                                                                                   | 0.10 250.00/hr   | 25.00  |
| 2/21/2008    | BCD | Confer with David J. Philipps re: case facts, whether suit worth pursuing, complaint partially drafted.                                                                                                       | 0.20 250.00/hr   | 50.00  |
|              | DJP | Confer with Bonnie C. Dragotto re: case facts.                                                                                                                                                                | 0.20 395.00/hr   | 79.00  |
| 2/25/2008    | BCD | Review FCRA provisions and draft complaint (2.0); telephone call with client to discuss claims (.2).                                                                                                          | 2.20 250.00/hr   | 550.00 |
| 2/26/2008    | DJP | Work on drafting complaint.                                                                                                                                                                                   | 0.40 395.00/hr   | 158.00 |
| 2/27/2008    | BCD | Research on Westlaw, review corporate information relative to defendants for any updates, review additional credit report from client, finalize complaint (.5); telephone call with client re: complaint, allegations (.1). | 0.60 250.00/hr   | 150.00 |
| 2/29/2008    | MEP | Review draft of complaint and make changes; review file re: facts.                                                                                                                                            | 0.80 375.00/hr   | 300.00 |
|              | DJP | Analyze and edit draft of complaint (1.0); confer with Bonnie C. Dragotto and Mary E. Philipps on same (.3).                                                                                                  | 1.30 395.00/hr   | 513.50 |
|              | BCD | Edit and finalize complaint (.9); e-file complaint (.3); confer with David J. Philipps on drafting proposed discovery requests (.2).                                                                          | 1.40 250.00/hr   | 350.00 |

Colleen Mitchell                                                                                                    Page     3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/3/2008 | BCD | Prepare e-filed documents for service. | 0.20<br>250.00/hr | 50.00 |
| 3/4/2008 | DJP | Letter to client on complaint (.3); letter to process server on complaint (.2). | 0.50<br>395.00/hr | 197.50 |
| 3/6/2008 | BCD | Conduct research on calculation of damages under FCRA and draft R26 disclosures. | 2.00<br>250.00/hr | 500.00 |
| 3/10/2008 | DJP | Review return of service on defendant, Marauder, calendar answer date and prepare return for filing (.3). | 0.30<br>395.00/hr | 118.50 |
| 3/11/2008 | DJP | Telephone call from and to defendant Marauder's, Ryon Gamble, on case facts/settlement, note to file. | 0.30<br>395.00/hr | 118.50 |
| 3/12/2008 | BCD | Confer with David J. Philipps re: case facts. | 0.20<br>250.00/hr | 50.00 |
|  | DJP | Review case with Bonnie C. Dragotto, develop settlement position, then telephone call to defendant Marauder's president, Ryon Gamble, left message on offer, note to file. | 0.40<br>395.00/hr | 158.00 |
| 3/20/2008 | DJP | Telephone call with defendant Marauder's attorney, G. Kaplan, on extension of time and settlement, note to file (.3); confer with Bonnie C. Dragotto on status of R26 and discovery (.1). | 0.40<br>395.00/hr | 158.00 |
|  | BCD | Edit and finalize R26 disclosures; confer with David J. Philipps re: same. | 0.70<br>250.00/hr | 175.00 |
| 3/24/2008 | BCD | Draft interrogatories and document requests to defendants. | 3.70<br>250.00/hr | 925.00 |
| 3/25/2008 | BCD | Telephone call with Gary Caplan (Marauder) re: Marauder's motion for extension of time noticed for 3/26 - Judge not hearing motions - he will check with court to see if granted or will re-notice motion. | 0.20<br>250.00/hr | 50.00 |
| 4/2/2008 | BCD | Telephone call to G. Caplan, left message to call back re: settlement. | 0.10<br>250.00/hr | 25.00 |
| 4/4/2008 | BCD | Telephone call with G. Caplan, he is on vacation, will talk to his client about settlement and contact us next week. | 0.10<br>250.00/hr | 25.00 |
| 4/7/2008 | BCD | Telephone call with G. Caplan re: settlement, lowered our offer for Marauder to settle out, he will confer with his client and get back to us. | 0.10<br>250.00/hr | 25.00 |
| 4/16/2008 | BCD | Telephone call to G. Caplan following up on our last settlement offer - still open, also invited counter-offer and asked that he let us know if client is even interested in settlement prior to answer, left message to call back (.1); telephone call with G. Caplan, Marauder is not inclined to | 0.30<br>250.00/hr | 75.00 |

Colleen Mitchell

Page 4

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | settle - told him that won't do it; discuss merits-suggested he review amount of debt, proof of payment and collection fees Marauder claims are owed (.2). | | |
| 4/25/2008 | DJP | Review defendant Marauder's answer and affirmative defenses to complaint (.3); telephone call with Marauder's attorney on settlement/R26 Conf., note to file (.3). | 0.60 395.00/hr | 237.00 |
| 4/30/2008 | DJP | Hold R26 conf. with Marauder's attorney, G. Caplan, note to file. | 0.30 395.00/hr | 118.50 |
| 5/16/2008 | DJP | Edit Bonnie C. Dragotto's drafts of R26 disclosures and discovery requests (1.0). | 1.00 395.00/hr | 395.00 |
| 5/30/2008 | DJP | Review and calendar court order on status hearing. | 0.20 395.00/hr | 79.00 |
| 6/1/2008 | DJP | Revise R26 disclosures and discovery requests. | 1.20 395.00/hr | 474.00 |
| 6/17/2008 | DJP | Telephone call with attorney K. Gobb on settlement, note to file. | 0.30 395.00/hr | 118.50 |
| 6/24/2008 | DJP | Travel to and attend court hearing on initial status and on Defendant's motion for counsel to withdraw, return to office and calendar new dates. | 1.20 395.00/hr | 474.00 |
| 7/15/2008 | DJP | Prepare for, travel to and attend status hearing, at which defendant Marauder defaulted for failing to file appearance through counsel, return to office and calendar dates re: prove up of damages. | 2.40 395.00/hr | 948.00 |
| 8/5/2008 | DJP | Draft client's Declaration in Support of Damages and discuss same with her (.9); draft my Declaration in Support of Attorneys' Fees and Costs (.9). | 1.80 395.00/hr | 711.00 |
| 8/6/2008 | DJP | Letter to Court and Defendant on declarations in support of damages and e-file declarations. | 0.40 395.00/hr | 158.00 |
| 8/19/2008 | DJP | Anticipated time for traveling to and attending court hearing on damages. | 2.00 395.00/hr | 790.00 |
| | | For professional services rendered | 36.40 | $11,433.00 |
| | | Additional Charges : | | |
| 6/11/2007 | BCD | Certified Mail | | 5.38 |
| 6/25/2007 | BCD | Certified Mail | | 26.90 |

Colleen Mitchell                                                                                              Page    5

|  |  |  | Amount |
|---|---|---|---:|
| 9/21/2007 | DJP | Westlaw law research. | 100.00 |
| 10/12/2007 | BCD | Research. | 100.00 |
| 2/27/2008 | BCD | West Law. | 100.00 |
| 2/29/2008 | DJP | Filing Fee | 350.00 |
| 3/3/2008 | DJP | Photocopies. | 103.25 |
| 3/4/2008 | DJP | DHL Express. | 33.98 |
|  | DJP | DHL Express. | 9.75 |
|  | DJP | Postage charges | 2.50 |
| 3/6/2008 | DJP | Service of process. | 45.00 |
| 4/2/2008 | BCD | Westlaw research | 75.00 |
| 5/5/2008 | DJP | Postage | 1.48 |
| 5/20/2008 | DJP | Postal Charges | 1.34 |
| 6/3/2008 | DJP | Postage. | 1.51 |
|  | DJP | Photocopying. | 10.50 |
| 6/24/2008 | DJP | Parking. | 9.50 |
| 7/15/2008 | DJP | Parking. | 19.00 |
|  | Total costs |  | $995.09 |
|  | Total amount of this bill |  | $12,428.09 |
|  | Balance due |  | $12,428.09 |