# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1233 | **DATE** | 8/19/2008 |
| **CASE TITLE** | Colleen Mitchell vs. Marauder Corporation, et al | | |

**DOCKET ENTRY TEXT**

Prove-up by affidavit held. Judgment is hereby entered in favor of the plaintiff and against the defendants in the amount of $32,000.00 plus attorneys fees and costs in the amount of $12,428.09.

Docketing to mail notices.
*Mail AO 450 form.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|