# United States District Court
## Northern District of Illinois
### Eastern Division

Colleen Mitchell             **JUDGMENT IN A CIVIL CASE**

    v.                                      Case Number: 08 C 1233

Marauder Corporation ,et al

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is hereby entered in favor of the plaintiff and against the defendants in the amount of $32,000.00 plus attorneys' fees and costs in the amount of $12,428.08.

                                             Michael W. Dobbins, Clerk of Court

Date: 8/19/2008                           _____

                                              /s/ Wanda A. Parker, Deputy Clerk